John A. Kawai, Nevada Bar No. 14893
TRIAL LAWYERS FOR JUSTICE
Physical Address:
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Mailing Address:
877 S. Victoria Ave., Suite 201
Ventura, CA 93003
Tel:   (310) 855-3727
Email: jk@tl4j.com

Margaret Mabie, *Pro Hac Vice*
New York State Bar No. 5760731
31 Hudson Yards, 11th Fl
New York, NY 10001
Tel: (212)372-3030
Fax: (833) 210-3336
Email: margaretmabie@marsh.law

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANE ROE, as next friend for "PIA," a minor, and "JENNY", | Case No.: 2:23-cv-1199 |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STEPHEN RICHARDSON, | |
| Defendant. | |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

The parties to this action, by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the following terms:

WHEREAS, each party will bear its own attorney's fees and costs related to this case;

STIPULATION OF VOLUNTARY DISMISSAL - 1

WHEREAS, Plaintiff, JANE ROE, as next friend for "PIA," shall be replaced by Plaintiff "PIA" herself, as she is no longer a minor at this time and any previously necessary court approval of her settlement or resolution is no longer required for the resolution of her claims;

WHEREAS, the parties agree that the Plaintiff's claims have been resolved;

WHEREAS, this matter should be dismissed with prejudice.

The parties hereby request that this case be dismissed with prejudice.

Dated this 20th day of February, 2024

        TRIAL LAWYERS FOR JUSTICE

        By  s/ John A. Kawai
        John A. Kawai, NSBN 14893
        400 South 4th Street, Suite 500
        Las Vegas, NV. 89101
        Tel:   (310) 855-3727
        Email: jk@tl4j.com

        *Attorney for Plaintiffs*

        WOOLDRIDGE LAW LTD.

        By:  s/ Nicholas Wooldridge
        Nicholas Wooldridge
        400 South 7th Street, Suite 400
        Las Vegas NV 89101
        Phone: (702) 623 6362
        Email: nicholas@wooldridgelawlv.com

        *Attorney for Defendant*

**ORDER**

The Parties' Stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: February 21, 2024.

_____
HON. JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL - 3